AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Christopher Brown<br>*Plaintiff*<br>v.<br>Digital Forensics Corporation<br>*Defendant* | )<br>)<br>) Civil Action No. 6:23-CV-6566-EAW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on a motion for N/A

Date: 01/04/2024

*CLERK OF COURT*

s/Mary C. Loewenguth
*Signature of Clerk or Deputy Clerk*